UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MONTE BURCH,<br>Plaintiff<br>v.<br>KENNETH WILLIAMS, et al.,<br>Defendants | Case No. 3:26-cv-00199-ART-CLB<br>ORDER |

## I. DISCUSSION

According to the Nevada Department of Corrections inmate database, Plaintiff is no longer at the address listed with the Court. Under this Court's Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney." This rule includes when a party is moved to a new institution or released from custody. *See* ECF No. 2 at 1. "Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff **thirty (30) days** from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within **thirty (30) days** from the date of entry of this order, this case will be subject to dismissal without prejudice.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court within **thirty (30) days** from the date of this order.

IT IS FURTHER ORDERED that the Clerk of the Court send Plaintiff a courtesy copy of this order at Ely State Prison.

///

///

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED THIS 2nd day of October 2026.

UNITED STATES MAGISTRATE JUDGE